**No. 51322.**—Protest 118305–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J. The uncontradicted evidence disclosed that the pencil sharpeners are composed in chief value of lead, but not plated with platinum, gold, or silver, or colored with gold lacquer, and are similar in all material respects to those the subject of Abstract 48152. On the established facts and following the cited decision the claim of the plaintiff was sustained.